IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FIREMAN'S INSURANCE COMPANY )
OF WASINGTON, D.C., )
    Plaintiff, )
     )
    v. ) Civil Action No. 05-989
     )
FOSTER CORPORATION, d/b/a )
Foster Construction, ET AL., )
    Defendants. )

### ORDER

AND NOW, this 7th day of November, 2005, upon consideration of the motion to consolidate filed at Civil Action No. 05-1442 [document #2], IT IS HEREBY ORDERED that the motion is GRANTED and the parties shall proceed as follows:

    1. Civil Action No. 05-1442 is consolidated with Civil Action No. 05-989, the lead case captioned above.

    2. All pleadings, motions, and other papers hereafter filed shall be filed at Civil Action No. 05-989.

    3. The Clerk of Court shall close Civil Action No. 05-1442.

BY THE COURT:

_____, J.

cc: All Parties of Record