IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FIREMEN'S INSURANCE COMPANY OF     )
WASHINGTON, D.C.,                               )
                                             )
      Plaintiff,                         )
                                             )    No:  2:05-cv-00989-GLL
v.                                              )
                                             )
FOSTER CORPORATION, d/b/a FOSTER    )
CONSTRUCTION, DOUG FOSTER and       )
MICHELLE FOSTER,                   )
                                             )
      Defendants.                     )

### PRAECIPE FOR SUBSTITUTION OF COUNSEL

TO:    CLERK OF COURTS:

Kindly enter the appearance of the law firm of CIPRIANI & WERNER, P.C., and

GERARD J. CIPRIANI, ESQUIRE, on behalf of the plaintiffs, FIREMEN'S INSURANCE

COMPANY OF WASHINGTON, D.C., in the above-captioned matter and withdraw the

appearance of DAVID M. McQUISTON, ESQUIRE and TEMPLETON SMITH, JR., ESQUIRE,

and the law firm of THOMSON, RHODES & COWIE, P.C.

Respectfully submitted,

/s/ GERARD J. CIPRIANI

GERARD J. CIPRIANI, ESQUIRE
PA28854
CIPRIANI & WERNER, P.C.
650 Washington Road, Suite 700
Pittsburgh, PA 15228
Telephone:     (412) 563-2500
Fax:              (412) 563-2080
E-mail:          gcipriani@c-wlaw.com

Counsel for the Plaintiff
FIREMEN'S INSURANCE COMPANY OF
WASHINGTON, D.C.

SO ORDERED, this 29th day of
August, 2006.

Gary L. Lancaster,
U.S. District Judge