```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FIREMAN'S INSURANCE COMPANY )
OF WASHINGTON, D.C.,        )
     Plaintiffs,            )
                            )
     v.                     )  Civil Action No. 05-989
                            )
FOSTER CORPORATION, ETC.,   )
ET AL.,                     )
     Defendants.            )
```

                                    ORDER

AND NOW, this 15th day of December, 2006, IT IS HEREBY ORDERED that a settlement conference will be held before the undersigned on Thursday, December 21, 2006 at 10 a.m..

Counsel shall have authority to settle the above captioned case, or have their clients available, either in person or by telephone.

                            BY THE COURT:


                            s/Gary L. Lancaster        , J.
                            The Honorable Gary L. Lancaster,
                            United States District Judge

cc:  all parties of record